CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 01 2010

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR,<br>Plaintiff, | ) ) ) | Civil Action No. 7:10-cv-00041 |
| v. | ) ) ) | **ORDER** |
| COUNSELOR ROSE, et al.,<br>Defendants. | ) ) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER:** This _1st_ day of February, 2010.

_/s/ James C. Turk_
Senior United States District Judge